---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

---

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Band of Bohemia, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-4258483** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **4710 N. Ravenswood** <br> **Chicago, IL 60640** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cook** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.bandofbohemia.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    **Band of Bohemia, LLC**

Name_____    Case number (*if known*)_____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District_____ When_____ Case number_____

District_____ When_____ Case number_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor_____ Relationship_____

District_____ When_____ Case number, if known_____

Debtor    **Band of Bohemia, LLC**
_____    Case number (*if known*) _____
Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Band of Bohemia, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 16, 2020**
MM / DD / YYYY

**X /s/ Craig Sindelar**                                    **Craig Sindelar**
Signature of authorized representative of debtor              Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

**X /s/ SCOTT R. CLAR**                                    Date    **October 16, 2020**
Signature of attorney for debtor                            MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Simon, Clar & Goodman**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone    **312-641-6777**    Email address    **sclar@cranesimon.com**

**06183741 IL**
Bar number and State

---

| Fill in this information to identify the case: |
| --- |
| Debtor name **Band of Bohemia, LLC** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 16, 2020**          X **/s/ Craig Sindelar**
                                              Signature of individual signing on behalf of debtor

                                              **Craig Sindelar**
                                              Printed name

                                              **Managing Member**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Band of Bohemia, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*.................................................................................... $ _____ 0.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................................... $ _____ 223,383.95

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*................................................................................ $ _____ 223,383.95

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ _____ 1,009,994.11

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ _____ 278,316.86

4. **Total liabilities** ..........................................................................................................
   Lines 2 + 3a + 3b

$ 1,288,310.97

**Fill in this information to identify the case:**

Debtor name   **Band of Bohemia, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Chase Bank** | **checking** | **9732** | **$0.00** |
| 3.2. **Chase Bank** | **checking** | **3063** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

| 4.1. **PPP Loan in Chase Bank a/c no. 6069** | **$49,783.95** |
|---|---|

5.     **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$49,783.95**

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Debtor | **Band of Bohemia, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** | **Raw materials** | | | |
| **20.** | **Work in progress** | | | |
| **21.** | **Finished goods, including goods held for resale** T-shirts, socks | 2/28/20 | $100.00 | Liquidation | $100.00 |
| **22.** | **Other inventory or supplies** Plates/cups (small wares), tables, chairs. | 2/28/20 | Unknown | Liquidation | Unknown |

**23.**   **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$100.00

**24.**   **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☑ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

| Debtor | **Band of Bohemia, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | **Desks, chairs, printer, Apple desktop** | **$2,500.00** | Liquidation | **$2,500.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **POS System** | **$10,000.00** | Liquidation | **$10,000.00** |
| | **Kitchen and brewery equipment: stoves, brewing equipment, refrigerators, Hobart mixer, wood fire grill, walk-in cooler, fryer, plancha, warmer, work top cooler.** | **$160,000.00** | Liquidation | **$160,000.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1. **Artwork by Elizabeth Weber** | **$1,000.00** | Liquidation | **$1,000.00** |

| 43. | **Total of Part 7.** | | **$173,500.00** |
|---|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

| Debtor | **Band of Bohemia, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** **www.bandofbohemia.com** | **Unknown** | | **Unknown** |
| | **Registered name: Band of Bohemia** | **Unknown** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** **City of Chicago Business and Liquor License** | **Unknown** | | **Unknown** |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66.    **Total of Part 10.**

      Add lines 60 through 65. Copy the total to line 89.

                                                         **$0.00**

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

      ■ No

      ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

      ■ No

      ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

      ■ No

      ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ■ No.  Go to Part 12.

      ☐ Yes Fill in the information below.

| Debtor | **Band of Bohemia, LLC** | | Case number *(If known)* | |
| | Name | | | |

---

<table>
<tr><td colspan="2">Part 12:</td><td colspan="3">Summary</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $49,783.95 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $100.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $173,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $223,383.95 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $223,383.95 |

**Fill in this information to identify the case:**

Debtor name     **Band of Bohemia, LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
| --- | --- | --- | --- |
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

**2.1  BanCorp Bank**
Creditor's Name

**30 N. LaSalle, #2320**
**Chicago, IL 60602**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Lien on all assets**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$1,009,994.11**
Column B: **$226,764.99**

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$1,009,994.11**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did<br>you enter the related creditor? | Last 4 digits of<br>account number for<br>this entity |
| --- | --- | --- |
| | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Band of Bohemia, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                         **Amount of claim**

**3.1**
Nonpriority creditor's name and mailing address
**A-1 Country Firewood**
**1635 S. Canal**
**PO Box 16964**
**Chicago, IL 60615-0964**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Firewood Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,040.00**

**3.2**
Nonpriority creditor's name and mailing address
**Action Fire Equipment**
**16645 S. Vincennes**
**South Holland, IL 60473**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Fire Safety Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$363.38**

**3.3**
Nonpriority creditor's name and mailing address
**Aramark Uniform Services**
**25259 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Linen Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$2,301.63**

**3.4**
Nonpriority creditor's name and mailing address
**Blu Commercial Cleaning**
**4228 N. Mozart St.**
**Chicago, IL 60618**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Cleaning Company**

Is the claim subject to offset? ■ No ☐ Yes

**$3,637.50**

| Debtor | **Band of Bohemia, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$649.95** |
|---|---|---|---|
| | **Caviar and Caviar** | ☐ Contingent | |
| | **5691 NE 14th Ave.** | ☐ Unliquidated | |
| | **Fort Lauderdale, FL 33334** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Food Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$82,079.63** |
|---|---|---|---|
| | **Chase Credit Card** | ☐ Contingent | |
| | **Cardmember Services** | ☐ Unliquidated | |
| | **PO Box 1423** | ☐ Disputed | |
| | **Charlotte, NC 28201** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Credit Card** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$664.00** |
|---|---|---|---|
| | **Cher's Local Choice Produce** | ☐ Contingent | |
| | **298 N. Kramer Ave.** | ☐ Unliquidated | |
| | **Lombard, IL 60148** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Food Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,186.49** |
|---|---|---|---|
| | **Comcast** | ☐ Contingent | |
| | **One Comcast Center** | ☐ Unliquidated | |
| | **1701 JFK Blvd.** | ☐ Disputed | |
| | **Philadelphia, PA 19103** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Utilities** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,928.69** |
|---|---|---|---|
| | **Cream Wine Company** | ☐ Contingent | |
| | **PO Box 74734** | ☐ Unliquidated | |
| | **Chicago, IL 60694** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Wine Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,320.37** |
|---|---|---|---|
| | **Ecolab** | ☐ Contingent | |
| | **PO Box 70343** | ☐ Unliquidated | |
| | **Chicago, IL 60673** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Cleaning Supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,159.00** |
|---|---|---|---|
| | **Freeborn & Peters** | ☐ Contingent | |
| | **311 S. Wacker Drive, Suite 3000** | ☐ Unliquidated | |
| | **Chicago, IL 60606** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Legal Fees** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Band of Bohemia, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,927.53 |
|---|---|---|---|
| | **GEIB Industries, Inc.**<br>**901 E. Jefferson St.**<br>**Bensenville, IL 60106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **6/15/20** | Basis for the claim:  _ | |
| | Last 4 digits of account number  **5424** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,592.37 |
|---|---|---|---|
| | **Greater Ravenswood Chamber of**<br>**Commerce**<br>**1770 W. Berteau, #101**<br>**Chicago, IL 60613** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Due/Membership** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,505.50 |
|---|---|---|---|
| | **H2Vino**<br>**560 W. Roscoe St., #1E**<br>**Chicago, IL 60657** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Wine Vendor** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $394.00 |
|---|---|---|---|
| | **Hallowed Hops**<br>**8291 N. WInters Lane**<br>**Lewistown, IL 61542** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Brewert Vendor** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $338.85 |
|---|---|---|---|
| | **Heritage Wine Cellars**<br>**6600 W. Howard St.**<br>**Niles, IL 60714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Wine Vendor** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $348.15 |
|---|---|---|---|
| | **Home Depot CC**<br>**PO Box 9001010**<br>**Louisville, KY 40290** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Credit Card** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $848.94 |
|---|---|---|---|
| | **Just Ice, Inc.**<br>**1400 W. 46th St.**<br>**Chicago, IL 60609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Ice Vendor** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Band of Bohemia, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,792.52 |
|---|---|---|---|

**KegCraft**
**PO Box 912926**
**Denver, CO 80291-2392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/20 - 9/30/20**

Basis for the claim:  **Keg rentals**

Last 4 digits of account number  **5370**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|---|

**Mahoney Environmental**
**37458 Eagle Way**
**Chicago, IL 60678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Grease Trap**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Megara Properties**
**35 Bridlewood Lane**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Rent/taxes**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,422.89 |
|---|---|---|---|

**Morgan Services, Inc.**
**4301 S. Morgan St.**
**Chicago, IL 60609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Linen Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,260.45 |
|---|---|---|---|

**MSI Green**
**1958 W. Grand Ave.**
**Chicago, IL 60622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Food Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,949.46 |
|---|---|---|---|

**Nordaq Water/Pinnacle**
**13880 Stowe Dr., Suite A**
**Poway, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Water Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $242.00 |
|---|---|---|---|

**Omnibus Collaterative**
**2003 Morris Drive**
**Niles, MI 49120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Coffee/Tea Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Band of Bohemia, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,600.68** |
|---|---|---|---|

**Plants, Inc.**
**2457 W. Montrose Ave.**
**Chicago, IL 60618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Plant Rental__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,525.30** |
|---|---|---|---|

**Rare Tea Cellar**
**3701 N. Ravenswood Ave.**
**Chicago, IL 60613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Tea Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$768.56** |
|---|---|---|---|

**Right Way Signs**
**2333 N. Seeley Ave.**
**Chicago, IL 60647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Sign Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$945.00** |
|---|---|---|---|

**Swedish Covenant Hospital**
**PO Box 779014**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Hospital Bill__

Last 4 digits of account number  9240

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,318.58** |
|---|---|---|---|

**T. Elenteny Holdings**
**285 W. Broadway, #500**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Wine Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$497.40** |
|---|---|---|---|

**Tenzing**
**165 N. Morgan St.**
**Chicago, IL 60607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Wine Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,684.78** |
|---|---|---|---|

**The Boetler Companies**
**PO Box 734296**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Smallwares Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Band of Bohemia, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,828.84** |
|---|---|---|---|

**The Chefs Warehouse**
**2801 S. Western Ave.**
**Chicago, IL 60608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Food Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$338.85** |
|---|---|---|---|

**Vinejoy**
**6743 N. Loron Ave.**
**Chicago, IL 60646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **WIne Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$580.57** |
|---|---|---|---|

**Windy City Distributing**
**1103 Butterfield Rd.**
**Aurora, IL 60502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Bar Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Kohner Mann & Kailas, S.C.** **Washington Bldg., Barnabus Business** **4560 N. Port Washington Rd.** **Milwaukee, WI 53212-1059** | Line **3.32** ☐ Not listed. Explain ___ | **2389** |
| 4.2 | **Swedish Covenant Hospital** **PO Box 366** **Hinsdale, IL 60522** | Line **3.29** ☐ Not listed. Explain ___ | **9240** |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 278,316.86 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 278,316.86 |

**Fill in this information to identify the case:**

Debtor name     **Band of Bohemia, LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **1 dishwasher and 2 glass polishers**<br><br><br>**Ecolab**<br>**PO Box 70343**<br>**Chicago, IL 60673** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Keg rentals**<br><br><br>**KegCraft**<br>**PO Box 912926**<br>**Denver, CO 80291-2392** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Leasehold interest in property located at 4710 N. Ravenswood Ave., Chicago, IL lease expires May 2024**<br><br>**Megara Properties**<br>**35 Bridlewood Lane**<br>**Northbrook, IL 60062** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Plant Rental**<br><br>**month to month**<br><br>**Plants, Inc.**<br>**2457 W. Montrose Ave.**<br>**Chicago, IL 60618** |

**Fill in this information to identify the case:**

Debtor name　　**Band of Bohemia, LLC**

United States Bankruptcy Court for the:　　NORTHERN DISTRICT OF ILLINOIS

Case number (if known)　　_____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Craig Sindelar** | **4215 N. Paulina, #2C** **Chicago, IL 60613** | **BanCorp Bank** | ■ D ___**2.1**___ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Craig Sindelar** | | **Chase Credit Card** | ☐ D _____ ■ E/F ___**3.6**___ ☐ G _____ |
| 2.3 | **Michael Carroll** | **213 S. Elmwood Ave.** **Oak Park, IL 60302** | **BanCorp Bank** | ■ D ___**2.1**___ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Michael Carroll** | | **Chase Credit Card** | ☐ D _____ ■ E/F ___**3.6**___ ☐ G _____ |

| Fill in this information to identify the case: |
|---|
| Debtor name **Band of Bohemia, LLC** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $746,843.10 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2020** to **Filing Date** | **PPP** | $400,000.00 |
| **From the beginning of the fiscal year to filing date:** From **1/01/2020** to **Filing Date** | **James Beard Grant** | $15,000.00 |
| **From the beginning of the fiscal year to filing date:** From **1/01/2020** to **Filing Date** | **EIDL Immediate Relief Funds** | $10,000.00 |

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    **Band of Bohemia, LLC**                                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Michael Carroll**<br><br>**Managing Member** | **9/21/19 -<br>9/21/20** | **$56,909.30** | **Bi-weekly compensation** |
| 4.2. **Craig Sindelar**<br><br>**Managing Member** | **9/21/19 -<br>9/21/20** | **$56,909.30** | **Bi-weekly compensation** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| Debtor | **Band of Bohemia, LLC** | Case number *(if known)* | |

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 9/25/2020 ($7,559.50) paid by Debtor 9/28/2020 ($1,837.50) paid by Debtor 10/14/2020 ($603.00) paid by Michael Carroll and Alexa Sindelar | |
| | **Crane, Simon, Clar & Goodman Suite 3705 135 South LaSalle Street Chicago, IL 60603-4297** | **Attorney Fees** | | **$10,000.00** |
| | Email or website address<br>**sclar@cranesimon.com** | | | |
| | Who made the payment, if not debtor?<br>**See below** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

---

| Debtor | Band of Bohemia, LLC | Case number *(if known)* | |
|---|---|---|---|

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **4**

Debtor    **Band of Bohemia, LLC**                                    Case number *(if known)*

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

Debtor    **Band of Bohemia, LLC**                                          Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Dan Stryker** <br> **1200 Shermer Rd., #350** <br> **Northbrook, IL 60062** | **2014 - present** |
| 26a.2. | **Rebecca Schick** <br> **2418 W. Wilson Ave.** <br> **Chicago, IL 60624** | **5/1/20 - 6/1/20** |
| 26a.3. | **Lindsay Bost** <br> **99 Gromer Rd.** <br> **Elgin, IL 60120** | **9/1/17 - 5/1/20** |
| 26a.4. | **Grace Comerford** <br> **1350 N. Kedzie Ave., #2B** <br> **Chicago, IL 60651** | **6/1/20 - 6/20/20** |
| 26a.5. | **Alexa Sindelar** <br> **4215 N. Paulina St., #2C** <br> **Chicago, IL 60613** | **2015 - current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Alexa Sindelar** <br> **4215 N. Paulina St., #2C** <br> **Chicago, IL 60613** | **N/A** |
| 26c.2. | **Dan Stryker** <br> **1200 Shermer Rd., #350** <br> **Northbrook, IL 60062** | **N/A** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor    **Band of Bohemia, LLC**                                    Case number *(if known)* _____

☐ None

| Name and address |
|---|
| 26d.1.  **The BanCorp Bank**<br>**30 N. LaSalle St., #2320**<br>**Chicago, IL 60602** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Craig Sindelar** | **2/2020** | **$32,900**<br>**FDH** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Craig Sindelar**<br>**4215 N. Paulina St., #2C**<br>**Chicago, IL 60613** |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Craig Sindelar** | **4215 N. Paulina St., #2C**<br>**Chicago, IL 60613** | **Managing Member** | **18.375%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Carroll** | **213 S. Elmwood Ave.**<br>**Oak Park, IL 60302** | **Managing Member** | **18.375%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

Debtor   **Band of Bohemia, LLC**

Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Craig Sindelar | $5,000 | | **Return of Timeout Market deposit ($5,000 was loaned to Debtor for deposit for TimeOut Market, which was returned when the Debtor did not receive a spot).** |
| | Relationship to debtor **Managing Member** | | | |
| 30.2. | **Craig Sindelar** | $56,909.30 | | **Bi-weekly compensation** |
| | Relationship to debtor **Managing Member** | | | |
| 30.3. | **Craig Sindelar** | $5,000 | | **Management Fees** |
| | Relationship to debtor **Managing Member** | | | |
| 30.4. | **Michael Carroll** | $56,909.30 | | **Bi-weekly compensation** |
| | Relationship to debtor **Managing Member** | | | |
| 30.5. | **Michael Carroll** | $5,000 | | **Management Fees** |
| | Relationship to debtor **Managing Member** | | | |
| 30.6. | Michael Carroll | $5,000 | | **Return of Timeout Market deposit ($5,000 was loaned to Debtor for deposit for TimeOut Market, which was returned when the Debtor did not receive a spot).** |
| | Relationship to debtor **Managing Member** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

Debtor    **Band of Bohemia, LLC**                                                    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Band of Bohemia, LLC**                                    Case number *(if known)*

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 16, 2020**

**/s/ Craig Sindelar**                                        **Craig Sindelar**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

**3. Certain Payments or transfers to creditors within 90 days before filing this case (6.21.20-9.21.20)**

| | | | |
|---|---|---|---|
| 9.17.20<br>8.18.20 | Secura Insurance<br>PO Box 819<br>Appleton, WI 54912 | $7,050.62 | Insurance |
| 9.15.20,<br>8.17.20,<br>7.15.20 | Pinnacle Capital Partners/Nordaq Water Filter Systems<br>13880 Stowe Drive, Poway, CA 92064 | $1981.20 | Water Filter System |
| 9.14.20,<br>8.14.20,<br>7.14.20 | People's Gas<br>PO BOX 6050, Carol Stream, IL 60197 | $573.18 | Utilities |
| 9.14.20,<br>8.24.20,<br>8.17.20,<br>8.3.20,<br>7.27.20,<br>7.20.20,<br>7.6.20,<br>6.29.20,<br>6.22.20 | ADP<br>PO BOX 842875, Boston, MA 02284 | $1154.68 | Payroll Fees |
| 9.10.20,<br>8.7.20 | Orkin<br>5840 N Lincoln Ave., Chicago, IL 60659 | $190 | Exterminator |
| 9.9.20,<br>8.6.20,<br>7.7.20 | ComEd<br>PO BOX 805379, Chicago, IL 60680<br>Account #: 1673007023 | $4395.48 | Utilities |
| 9.2.20,<br>9.2.20,<br>8.3.20,<br>7.2.20 | PLIC - SBD Grand Island/Principal (Principal Life Insurance Co., PO BOX 10372, Des Moines, IA 50306)<br>Account #: 1062513-10001 | $1023.88 | Dental/Vision Insurance |
| 8.21.20,<br>7.23.20,<br>7.10.20 | Blue Cross Blue Shield<br>PO BOX 7344, Chicago, IL 60680<br>Account #: 171772 | $12,512.64 | Health Insurance |
| 8.19.20,<br>7.21.20 | AT&T Mobility<br>PO BOX 6463, Carol Stream, IL 60197<br>Account #: 28726768112, Foundation Account #: 06480279 | $415.06 | Utilities |
| 8.10.20 | Dark Matter Coffee<br>738 N. Western, Chicago, IL 60612 | $1819.00 | Coffee Vendor |
| 8.3.20 | Freeborn & Peters LLP<br>311 South Wacker, Suite 3000,<br>Chicago, IL 60606 | $1525.00 | Legal |
| 7.31.20 | Comcast<br>One Comcast Center<br>1701 JFK Blvd., Philadelphia, PA 19103<br>Account #: 8771300522406861 | $522.35 | Utilties |
| 7.30.20 | Republic Services<br>#710 PO BOX 9001154, Louisville, KY 40290<br>Account #: 3-0710-5602487 | $1244.42 | Trash Pickup |
| 7.24.20 | Bodin Street Wine & Spirits, LLC<br>5215 N Ravenswood Ave., Suite 311, Chicago, IL 60640 | $370.86 | Wine Vendor |

**3. Certain Payments or transfers to creditors within 90 days before filing this case (6.21.20-9.21.20)**

| | | | |
|---|---|---|---|
| 7.14.20, 7.7.20 | Empire Cooler<br>940 W. Chicago Ave., Chicago, IL 60642 | $583.94 | Cooler Lease Vendor |
| 7.13.20 | Design by Angelika<br>(info@designbyangelika.com) | $1150 | Promotional |
| 7.10.20 | Mickey's Linen<br>4601 W. Addison, Chicago, IL 60641 | $371.81 | Linen Vendor |
| 7.10.20, 6.24.20 | MSI Green<br>1958 W. Grand Ave., Chicago, IL 60622 | $2000.00 | Food Vendor |
| 7.6.20, 6.26.20, 6.22.20 | Fortune Fish & Gourmet<br>PO BOX 203, Bedford Park, IL 60499 | $2097.23 | Food Vendor |
| 7.1.20 | Libation Container, Inc.<br>4519 N. Mozart St., Chicago, IL 60625 | $492.62 | Beer Bottles |
| 6.27.20 | Spirit Tea<br>3431 W. Fullerton, Chicago, IL 60647 | $241.30 | Tea Vendor |
| 6.26.20 | Superior Refrigeration | $578.36 | |
| 6.25.20 | Maverick Wine Company<br>1101 N. Ellis Ave., Bensenville, IL 60106 | $640.68 | Wine Vendor |
| 6.24.20 | Lagniappe Beverage<br>1423 W. Chicago, Chicago, IL 60642 | $685.70 | Wine Vendor |
| 6.24.20 | Home Depot Credit Services<br>PO BOX 9001010, Louisville, KY 40290 | $192.02 | Materials/Credit Card |
| 6.23.20 | JC Licht<br>5424 N. Clark St, Chicago, IL 60640 | $64.89 | Materials/Paint |
| 6.23.20 | Green Paper Products | $531.94 | To-go Containers |
| 6.22.20 | Menard's | $77.12 | Repair/Maintenance |
| | | | |
| | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Band of Bohemia, LLC** _____

Debtor(s)

Case No. _____

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2.   $ **335.00**  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ☐ Debtor        ■ Other (specify):        **Michael Carroll ($301.50)**
   **Alexa Sindelar ($301.50)**

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 16, 2020** _____
*Date*

**/s/ SCOTT R. CLAR**
**SCOTT R. CLAR**
*Signature of Attorney*
**Crane, Simon, Clar & Goodman**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777  Fax: 312-641-7114**
**sclar@cranesimon.com**
*Name of law firm*

---

**LAW OFFICES**

**CRANE, SIMON, CLAR & GOODMAN**

**ARTHUR G. SIMON**
**SCOTT R. CLAR**
**KAREN R. GOODMAN**

**EUGENE CRANE, OF COUNSEL**
**JOHN H. REDFIELD, OF COUNSEL**

**135 S. LA SALLE STREET**
**SUITE 3705**
**CHICAGO, ILLINOIS 60603-4297**
**TEL: 312-641-6777**
**FAX: 312-641-7114**
**WWW.CRANESIMON.COM**

**GLENN R. HEYMAN (RETIRED)**

September 8, 2020

**VIA EMAIL**    craig@bandofbohemia.com

Craig Sindelar, Managing Partner
Band of Bohemia, LLC
4710 N. Ravenswood
Chicago, IL

Re:    Chapter 7 filing for Band of Bohemia, LLC (the "Debtor")

Dear Mr. Sindelar:

This letter confirms the agreement reached with you concerning the retention of the law firm of Crane, Simon, Clar & Goodman ("CSCG") for the filing of a Chapter 7 bankruptcy case on behalf of the Debtor. After review of this letter, please sign on the signature line provide, acknowledging your understanding and acceptance of the terms of our retention, and return the original to our office.   We are also including the form Chapter 7 Bankruptcy Schedules and Statement of Financial Affairs. You will need to fill these out for Debtor.

The Debtor has agreed to pay CSCG the amount of $10,000, which includes the $335 Chapter 7 filing fee, as a general advance payment retainer ("Retainer") and is intended to provide full compensation for all legal fees and the statutory filing fee associated with the Chapter 7 proceeding as described in more detail below.   In consideration of the payment of the Retainer, CSCG agrees to provide legal services on the Debtor's behalf in connection with the matters upon which CSCG has been retained.   You acknowledge that this retainer includes legal representation and the statutory filing fee for the ordinary matters associated with a typical Chapter 7 bankruptcy proceeding, such as preparation of the Chapter 7 Petition, Schedules and Statement of Financial Affairs, representation at the meeting of creditors, and consultation and advice regarding same.

It is understood that due to the nature of the representation, CSCG is unwilling to represent the Debtor without the payment of such advance payment retainer and that the decision to retain and pay the advance payment retainer to CSCG was the Debtor's

Craig Sindelar, Managing Partner
September 8, 2020
Page 2

choice, after consideration of other options. The Debtor acknowledges that the specific purpose of such advance payment retainer is to assure the Debtor of legal representation. By signing below, the Debtor understands and acknowledges that the Retainer is fully-earned upon receipt, is non-refundable, will not be held in the client trust account of CSCG, and will be treated as income by CSCG upon its receipt, whereupon it will be deposited into the general account of CSCG. The Retainer is the property of CSCG and the Debtor retains no legal or equitable interest in the Retainer.

Thank you for the opportunity to be of service to you. We look forward to a successful relationship. Should there be any questions concerning our representation, please do not hesitate to contact the undersigned.

Our wire transfer instructions are as follows:

      Pay to the Order of
      CIBC
      Chicago, IL 60603
      071006486
      For Deposit Only
      Crane Simon Clar & Goodman
      2861704

Should there be any questions concerning our representation, please do not hesitate to contact me.

Very truly yours,

CRANE, SIMON, CLAR & GOODMAN

By:    /s/Scott R. Clar

SRC/mjo
Attach.

Craig Sindelar, Managing Partner
September 8, 2020
Page 3


AGREED, ACCEPTED AND UNDERSTOOD:

Band of Bohemia, LLC

By: _____
        Craig Sindelar, Managing Partner

10/16/20 11:04AM

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Band of Bohemia, LLC**

_____
                                    Debtor(s)

Case No. _____

Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **42**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **October 16, 2020** _____

**/s/ Craig Sindelar** _____
**Craig Sindelar**/**Managing Member**
Signer/Title

A-1 Country Fences, Inc.
1635 S. Canal
PO Box 16964
Chicago, IL 60615-0964
.

Action Fire Equipment
16645 S. Vincennes
South Holland, IL 60473

Aramark Uniform Services
25259 Network Place
Chicago, IL 60673

BanCorp Bank
30 N. LaSalle, #2320
Chicago, IL 60602

Blu Commercial Cleaning
4228 N. Mozart St.
Chicago, IL 60618

Caviar and Caviar
5691 NE 14th Ave.
Fort Lauderdale, FL 33334

Chase Credit Card
Cardmember Services
PO Box 1423
Charlotte, NC 28201

Cher's Local Choice Produce
298 N. Kramer Ave.
Lombard, IL 60148

Comcast
One Comcast Center
1701 JFK Blvd.
Philadelphia, PA 19103

Craig Sindelar
4215 N. Paulina, #2C
Chicago, IL 60613

Cream Wine Company
PO Box 74734
Chicago, IL 60694

Ecolab
PO Box 70343
Chicago, IL 60673

Freeborn & Peters
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606

GEIB Industries, Inc.
901 E. Jefferson St.
Bensenville, IL 60106

Greater Ravenswood Chamber of
    Commerce
1770 W. Berteau, #101
Chicago, IL 60613

H2Vino
560 W. Roscoe St., #1E
Chicago, IL 60657

Hallowed Hops
8291 N. WInters Lane
Lewistown, IL 61542

Heritage Wine Cellars
6600 W. Howard St.
Niles, IL 60714

Home Depot CC
PO Box 9001010
Louisville, KY 40290

1400 W. 46th St.
Chicago, IL 60609

KegCraft
PO Box 912926
Denver, CO 80291-2392

Kohner Mann & Kailas, S.C.
Washington Bldg., Barnabus Busines
4560 N. Port Washington Rd.
Milwaukee, WI 53212-1059

Mahoney Environmental
37458 Eagle Way
Chicago, IL 60678

Megara Properties
35 Bridlewood Lane
Northbrook, IL 60062

Michael Carroll
213 S. Elmwood Ave.
Oak Park, IL 60302

Michael Carroll

Morgan Services, Inc.
4301 S. Morgan St.
Chicago, IL 60609

MSI Green
1958 W. Grand Ave.
Chicago, IL 60622

Nordaq Water/Pinnacle
13880 Stowe Dr., Suite A
Poway, CA 92064

Plants, Inc.                          Windy City Distributing
2457 W. Montrose Ave.                 1103 Butterfield Rd.
Chicago, IL 60618                     Aurora, IL 60502


Rare Tea Cellar
3701 N. Ravenswood Ave.
Chicago, IL 60613


Right Way Signs
2333 N. Seeley Ave.
Chicago, IL 60647


Swedish Covenant Hospital
PO Box 779014
Chicago, IL 60677


Swedish Covenant Hospital
PO Box 366
Hinsdale, IL 60522


T. Elenteny Holdings
285 W. Broadway, #500
New York, NY 10013


Tenzing
165 N. Morgan St.
Chicago, IL 60607


The Boetler Companies
PO Box 734296
Chicago, IL 60673


The Chefs Warehouse
2801 S. Western Ave.
Chicago, IL 60608

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Band of Bohemia, LLC**
_____
Debtor(s)

Case No. _____
Chapter   **7**   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Band of Bohemia, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Dynasty Partners, LLC**

☐ None [*Check if applicable*]

**October 16, 2020**
_____
Date

**/s/ SCOTT R. CLAR**
_____
**SCOTT R. CLAR**
Signature of Attorney or Litigant
Counsel for   **Band of Bohemia, LLC**
_____
**Crane, Simon, Clar & Goodman**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777 Fax:312-641-7114**
**sclar@cranesimon.com**